[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1156

JOHN S. BARTH,

Plaintiff, Appellant,

v.

VISX, INC., ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Mark L. Wolf, U.S. District Judge]



Before

Selya, Boudin and Stahl,
Circuit Judges. 



John S. Barth on brief pro se. 
Maureen A. MacFarlane, Lee T. Gesmer and Lucash, Gesmer & 
Updegrove, LLP, on brief for appellee. 



August 26, 1997


Per Curiam. We have reviewed the parties' briefs and 

the record on appeal. We affirm the order of the district

court, dated August 19, 1996, essentially for the reasons

stated in the district court's memorandum of the same date.

As for the motion to recuse, we will assume arguendo that 

appellant intended to file the motion in the present case and

mistakenly put an earlier case number on the motion but, in

any event, we affirm the order of the district court dated

October 22, 1993, denying the motion for recusal, essentially

for the reasons stated in the district court's order.

Affirmed. Loc. R. 27.1. 

-2-